UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 15-23600
§
JAMES DARRELL FOSTER §
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $31,010.00 |
| Total Distributions to Claimants: | $6,358.27 | Claims Discharged Without Payment: | $35,606.51 |
| Total Expenses of Administration: | $23,825.59 | | |

3) Total gross receipts of $50,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $19,816.14 (see **Exhibit 2),** yielded net receipts of $30,183.86 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $23,825.59 | $23,825.59 | $23,825.59 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $41,929.51 | $6,323.00 | $6,323.00 | $6,358.27 |
| **Total Disbursements** | $41,929.51 | $30,148.59 | $30,148.59 | $30,183.86 |

4). This case was originally filed under chapter 7 on 07/10/2015. The case was pending for 28 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/02/2017          By:   /s/ David P. Leibowitz
                                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| claim for personal injuries in arbitration poceedings - debtor's attorneys are Benjamin & Shapiro, 180 North LaSalle Str | 1142-000 | $50,000.00 |
| **TOTAL GROSS RECEIPTS** | | $50,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| JAMES FOSTER | Exemptions | 8100-002 | $16,745.00 |
| JAMES DARRELL FOSTER | Surplus Funds | 8200-002 | $3,071.14 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $19,816.14 |

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $3,768.39 | $3,768.39 | $3,768.39 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $15.10 | $15.10 | $15.10 |
| Green Bank | 2600-000 | NA | $10.41 | $10.41 | $10.41 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $3,002.50 | $3,002.50 | $3,002.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $86.19 | $86.19 | $86.19 |
| Benjamin and Shapiro LTD, Special Counsel for Trustee | 3210-600 | NA | $16,666.00 | $16,666.00 | $16,666.00 |
| Benjamin and Shapiro LTD, Special Counsel for Trustee | 3220-610 | NA | $277.00 | $277.00 | $277.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $23,825.59 | $23,825.59 | $23,825.59 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (10/1/2010)

NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Paul Gentile | 7200-000 | $6,323.00 | $6,323.00 | $6,323.00 | $6,323.00 |
|  | Paul Gentile | 7990-000 | $0.00 | $0.00 | $0.00 | $35.27 |
|  | Illinois Collection Se | 7100-000 | $7,771.00 | $0.00 | $0.00 | $0.00 |
|  | Illinois Collection Se | 7100-000 | $2,339.00 | $0.00 | $0.00 | $0.00 |
|  | Illinois Collection Se | 7100-000 | $646.00 | $0.00 | $0.00 | $0.00 |
|  | Lincare | 7100-000 | $252.00 | $0.00 | $0.00 | $0.00 |
|  | Little Company Of Mary Hospital | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Loyola Hospital | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Mbb | 7100-000 | $396.00 | $0.00 | $0.00 | $0.00 |
|  | Verichek | 7100-000 | $26.00 | $0.00 | $0.00 | $0.00 |
|  | Account Recovery Svcs | 7100-000 | $83.00 | $0.00 | $0.00 | $0.00 |
|  | Account Recovery Svcs | 7100-000 | $39.00 | $0.00 | $0.00 | $0.00 |
|  | Account Recovery Svcs | 7100-000 | $35.00 | $0.00 | $0.00 | $0.00 |
|  | Advance Radiology Consultants | 7100-000 | $2,339.00 | $0.00 | $0.00 | $0.00 |
|  | American Collections | 7100-000 | $233.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Receivables | 7100-000 | $114.00 | $0.00 | $0.00 | $0.00 |
|  | Choice Recovery | 7100-000 | $22.00 | $0.00 | $0.00 | $0.00 |
|  | Christ Critical Care Ambulance | 7100-000 | $6,000.00 | $0.00 | $0.00 | $0.00 |
|  | City Of Chicago | 7100-000 | $122.00 | $0.00 | $0.00 | $0.00 |
|  | Commonwealth Financial | 7100-000 | $161.00 | $0.00 | $0.00 | $0.00 |
|  | David Ellens M.D. | 7100-000 | $233.00 | $0.00 | $0.00 | $0.00 |
|  | Dr. Agha Medical Inc. | 7100-000 | $1,065.00 | $0.00 | $0.00 | $0.00 |
|  | First Source Advantage, LLC | 7100-000 | $260.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Firstsource Advantage | 7100-000 | $260.00 | $0.00 | $0.00 | $0.00 |
| | Harris & Harris Ltd | 7100-000 | $8,046.00 | $0.00 | $0.00 | $0.00 |
| | Harris Connect-Chase Receivables | 7100-000 | $114.00 | $0.00 | $0.00 | $0.00 |
| | High Plains Radiology | 7100-000 | $157.00 | $0.00 | $0.00 | $0.00 |
| | Hinsdale Hospital | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Mea Sullivan | 7100-000 | $161.00 | $0.00 | $0.00 | $0.00 |
| | Midwest Imaging Professional | 7100-000 | $97.00 | $0.00 | $0.00 | $0.00 |
| | Municipal Court City Of Childress | 7100-000 | $344.50 | $0.00 | $0.00 | $0.00 |
| | Palos Anestesia | 7100-000 | $369.00 | $0.00 | $0.00 | $0.00 |
| | Palos Community Hospital | 7100-000 | $37.13 | $0.00 | $0.00 | $0.00 |
| | Palos Community Hospital | 7100-000 | $78.88 | $0.00 | $0.00 | $0.00 |
| | Palos Hospital | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | PEMS | 7100-000 | $646.00 | $0.00 | $0.00 | $0.00 |
| | SIU Carbondale Inpreiest Fund | 7100-000 | $1,500.00 | $0.00 | $0.00 | $0.00 |
| | Southern Illinois Bursars Office | 7100-000 | $1,500.00 | $0.00 | $0.00 | $0.00 |
| | Suddenlink Communications | 7100-000 | $87.00 | $0.00 | $0.00 | $0.00 |
| | Trident Asset Management | 7100-000 | $44.00 | $0.00 | $0.00 | $0.00 |
| | Verichek | 7100-000 | $29.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $41,929.51 | $6,323.00 | $6,323.00 | $6,358.27 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1 Exhibit 8

| Case No.: | 15-23600 | Trustee Name: | David Leibowitz |
| Case Name: | FOSTER, JAMES DARRELL | Date Filed (f) or Converted (c): | 07/10/2015 (f) |
| For the Period Ending: | 11/2/2017 | §341(a) Meeting Date: | 08/19/2015 |
| | | Claims Bar Date: | 06/16/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | |
| 1  cash | $50.00 | $0.00 | | $0.00 | FA |
| 2  clothing | $100.00 | $0.00 | | $0.00 | FA |
| 3  cookware and flatware | $80.00 | $0.00 | | $0.00 | FA |
| 4  living room, bedroom, dining room and kitchen furniture | $700.00 | $0.00 | | $0.00 | FA |
| 5  pictures | $25.00 | $0.00 | | $0.00 | FA |
| 6  refrigerator, microwave, stove, washer/dryer | $900.00 | $0.00 | | $0.00 | FA |
| 7  televisions | $200.00 | $0.00 | | $0.00 | FA |
| 8  Tools, household and yard | $100.00 | $0.00 | | $0.00 | FA |
| 9  books | $10.00 | $0.00 | | $0.00 | FA |
| 10  Jewerly | $100.00 | $0.00 | | $0.00 | FA |
| 11  claim for personal injuries in arbitration poceedings - debtor's attorneys are Benjamin & Shapiro, 180 North LaSalle Street, Suite 2600, Chicago, IL 60601 | $0.00 | $33,255.00 | | $50,000.00 | FA |
| 12  mobile home | $12,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
| | $14,265.00 | $33,255.00 | | $50,000.00 | $0.00 |

**Major Activities affecting case closing:**

06/30/2017  2017 Reporting Period:
Following arbitration, Trustee's special personal injury counsel negotiated a settlement of $50,000.00--approved by Bankruptcy Court on 4/27/17. The Trustee received the funds from special personal injury counsel on 6/28/17. The Trustee will file a fee application for special counsel, and, once approved, case will be ready for TFR.

06/16/2016  2016 Reporting Period:
Asset Case - Debtor's personal injury claim, currently pending arbitration
Personal Injury counsel, Benjamin & Shapiro have been employed

The Trustee remains in regular contact with Personal Injury Counsel with updates as to the status of the arbitration proceedings.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| Case No.: | 15-23600 | | | Trustee Name: | David Leibowitz |
| Case Name: | FOSTER, JAMES DARRELL | | | Date Filed (f) or Converted (c): | 07/10/2015 (f) |
| For the Period Ending: | 11/2/2017 | | | §341(a) Meeting Date: | 08/19/2015 |
| | | | | Claims Bar Date: | 06/16/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Initial Projected Date Of Final Report (TFR):  12/31/2017    Current Projected Date Of Final Report (TFR):        /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1    Exhibit 9

| Case No. | 15-23600 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | FOSTER, JAMES DARRELL | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1803 | | Checking Acct #: | ******0001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/10/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/2/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/28/2017 | | Benjamin and Shapiro - IOLTA | Foster v AAA Member Select - Gross Settlement | * | $50,000.00 | | $50,000.00 |
| | {11} | | Foster v AAA Member Select - $33,255.00 Non-Exempt Portion of PI Settlement | 1142-000 | | | $50,000.00 |
| | {11} | | Foster v AAA Member Select - Debtor's $16,745.00 Exempt Portion of PI Settlement | 1142-002 | | | $50,000.00 |
| 06/29/2017 | 3001 | JAMES FOSTER | Debtor's Exempt Portion of Settlement | 8100-002 | | $16,745.00 | $33,255.00 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $10.41 | $33,244.59 |
| 07/20/2017 | 3002 | Benjamin and Shapiro LTD | Fees - Allowed per court order 7/20/2017 (docket #57) | 3210-600 | | $16,666.00 | $16,578.59 |
| 07/20/2017 | 3003 | Benjamin and Shapiro LTD | Expenses - Allowed per court order 7/20/2017 (docket #57) | 3220-610 | | $277.00 | $16,301.59 |
| 09/28/2017 | 3004 | Lakelaw | Claim #: ; Amount Claimed: $86.19; Distribution Dividend: 100.00%; | 3120-000 | | $86.19 | $16,215.40 |
| 09/28/2017 | 3005 | Lakelaw | Claim #: ; Amount Claimed: $3,002.50; Distribution Dividend: 100.00%; | 3110-000 | | $3,002.50 | $13,212.90 |
| 09/28/2017 | 3006 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $3,768.39 | $9,444.51 |
| 09/28/2017 | 3007 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $15.10 | $9,429.41 |
| 09/28/2017 | 3008 | Paul Gentile | Claim #: 1; Amount Claimed: $6,323.00; Distribution Dividend: 100.00%; | * | | $6,358.27 | $3,071.14 |
| | | | Claim Amount $(6,323.00) | 7200-000 | | | $3,071.14 |
| | | | Interest $(35.27) | 7990-000 | | | $3,071.14 |
| 09/28/2017 | 3009 | JAMES DARRELL FOSTER | Claim #: ; Amount Claimed: $3,071.14; Distribution Dividend: 100.00%; | 8200-002 | | $3,071.14 | $0.00 |

**SUBTOTALS**    $50,000.00    $50,000.00

**FORM 2**
Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-23600 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | FOSTER, JAMES DARRELL | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1803 | | Checking Acct #: | ******0001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/10/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/2/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $50,000.00 | $50,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $50,000.00 | $50,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $19,816.14 | |
| | | | Net | | $50,000.00 | $30,183.86 | |

**For the period of 7/10/2015 to 11/2/2017**

| | |
|---|---|
| Total Compensable Receipts: | $33,255.00 |
| Total Non-Compensable Receipts: | $16,745.00 |
| Total Comp/Non Comp Receipts: | $50,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $30,183.86 |
| Total Non-Compensable Disbursements: | $19,816.14 |
| Total Comp/Non Comp Disbursements: | $50,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/28/2017 to 11/2/2017**

| | |
|---|---|
| Total Compensable Receipts: | $33,255.00 |
| Total Non-Compensable Receipts: | $16,745.00 |
| Total Comp/Non Comp Receipts: | $50,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $30,183.86 |
| Total Non-Compensable Disbursements: | $19,816.14 |
| Total Comp/Non Comp Disbursements: | $50,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3     Exhibit 9

| Case No. | 15-23600 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | FOSTER, JAMES DARRELL | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1803 | Checking Acct #: | ******0001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/10/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/2/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $50,000.00 | $50,000.00 | $0.00 |

| **For the period of 7/10/2015 to 11/2/2017** | | **For the entire history of the case between 07/10/2015 to 11/2/2017** | |
|---|---|---|---|
| Total Compensable Receipts: | $33,255.00 | Total Compensable Receipts: | $33,255.00 |
| Total Non-Compensable Receipts: | $16,745.00 | Total Non-Compensable Receipts: | $16,745.00 |
| Total Comp/Non Comp Receipts: | $50,000.00 | Total Comp/Non Comp Receipts: | $50,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $30,183.86 | Total Compensable Disbursements: | $30,183.86 |
| Total Non-Compensable Disbursements: | $19,816.14 | Total Non-Compensable Disbursements: | $19,816.14 |
| Total Comp/Non Comp Disbursements: | $50,000.00 | Total Comp/Non Comp Disbursements: | $50,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ